IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr87

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>MICHAEL NAPTALI BROADERICK )<br>)<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment without prejudice. (Doc. No. 15).

For the reasons stated in the government's motion, the Court finds that the government has sufficient cause for to dismiss the indictment in this matter. Fed. R. Crim. P. 48(a).

**IT IS THEREFORE ORDERED** that the government is granted leave to dismiss the indictment in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: November 22, 2005**

Robert J. Conrad, Jr.
United States District Judge